UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IGY OCEAN BAY PROPERTIES LIMITED and :
ISLAND GLOBAL YACHTING LTD.           :
                                       :
                           Plaintiffs  : 07 CV 10520 (VM)
                                       :
           -against-                   :
                                       :
OCEAN BAY PROPERTIES I LIMITED,        :
OCEAN BAY PROPERTIES II LIMITED,       : AFFIDAVIT OF SERVICE
BRITISH COLONIAL DEVELOPMENT COMPANY   :
LIMITED, PRK HOLDING LTD., ADURION     :
CAPITAL LIMITED and GEORGE ALLEN,      :
                                       :
                           Defendants  :
-------------------------------------------------------------------x
STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

  Jackson Wagener, being duly sworn, deposes and says:

  I am over the age of eighteen (18) years, am not a party to this action, and reside in New York, New York.

  On the 21st day of November, 2007, I served by Federal Express a true copy of Defendants Ocean Bay Properties I Limited, Ocean Bay Properties II Limited, British Colonial Development Company Limited, PRK Holdings Limited, Adurion Capital Limited and George Allen's Notice Removal, a copy of the Rules of Court for the Honorable Victor Marrero, a copy of the Rules of Court for the Honorable Ronald Ellis, and a copy of the Electronic Case Filing rules upon

    Simon Miller
    GREENBERG TRAURIG, LLP
    200 Park Avenue
    New York, New York 10166

counsel for Plaintiffs.

Dated:  New York, New York
    November 28, 2007

Sworn to before me this
28th day of November, 2007

_____
Notary Public CARMEN L. RODRIGUEZ
    Notary Public, State of New York
    No. 01RO4602350
    Qualified in New York County
    Commission Expires August 31, 20/0

