# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of New York | Supreme Court |

Index Number: 603307-07
Date Filed: _____

Plaintiff:
**IGY OCEAN BAY PROPERTIES LIMITED AND ISLAND GLOBAL YACHTING LTD**

vs.

Defendant:
**OCEAN BAY PROPERTIES I LIMITED OCEAN BAY PROPERTIES II LIMITED BRITISH COLONIAL DEVELOPMENT COMPANY LIMITED PRK HOLDINGS LTD., ADURION CAPITAL LIMITED AND GEORGE ALLEN**

For:
Simon Miller
Greenberg Traurig LLP

**FILE**

Received by ROCK LEGAL SERVICES & INVESTIGATIONS INC on the 11th day of October, 2007 at 3:39 pm to be served on **George Allen, 141 Passage Island, Vero Beach, FL 32963.**

I, Jesse Diaz/05-04, being duly sworn, depose and say that on the **24th day of October, 2007 at 11:08 am**, I:

**Individually Served** the within named person with a true copy of this **Summons and Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

Said documents were conformed with index number and date of filing endorsed thereon.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 6'1, Weight: 230, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

NEW YORK
COUNTY CLERK'S OFFICE

NOV - 2 2007

NOT COMPARED
WITH COPY FILE

Jesse Diaz/05-04
Process Server

Subscribed and Sworn to before me on the 30th day of October, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
Marcia Gillings
Commission #DD265821
Expires: Nov 15, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

ROCK LEGAL SERVICES & INVESTIGATIONS INC
809 North Dixie Highway
Suite 101
West Palm Beach, FL 33401
(561) 296-7574
Our Job Serial Number: 2007006615

Index No. 603307/07

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IGY OCEAN BAY PROPERTIES LIMITED and
ISLAND GLOBAL YACHTING LTD.,

          Plaintiffs,

v.

OCEAN BAY PROPERTIES I LIMITED, OCEAN BAY
PROPERTIES II LIMITED, BRITISH COLONIAL
DEVELOPMENT COMPANY LIMITED, PRK
HOLDINGS LTD., ADURION CAPITAL LIMITED and
GEORGE ALLEN,

          Defendants.

**AFFIDAVIT OF SERVICE**

Law Offices
Greenberg Traurig, LLP

Attorneys for Plaintiffs

Met Life Building
200 Park Avenue
New York, NY 10166
212.801.9200
Fax 212.801.6400
www.gtlaw.com