UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IGY OCEAN BAY PROPERTIES LIMITED and  :
ISLAND GLOBAL YACHTING LTD.           :
                                      :
                    Plaintiffs        :
                                      :
        -against-                     :
                                      :    07-CV-10520 (VM)
OCEAN BAY PROPERTIES I LIMITED,       :
OCEAN BAY PROPERTIES II LIMITED,      :
BRITISH COLONIAL DEVELOPMENT COMPANY  :    **NOTICE OF MOTION**
LIMITED, PRK HOLDINGS LTD., ADURION   :    **TO DISMISS**
CAPITAL LIMITED and GEORGE ALLEN,     :
                                      :    **ORAL ARGUMENT**
                    Defendants        :    **REQUESTED**
------------------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law and the Declarations of George Allen, Jürg Gassmann, and Eugene Fraser, dated December 21, 2007, defendants PRK Holdings Ltd., Adurion Capital Limited., and George Allen, (collectively, "Defendants"), will move this Court, before the Honorable Victor Marrero, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be decided by the Court, for an Order dismissing the claims in the complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York           Respectfully submitted,
       December 21, 2007

                                    /s/ John T. Morin
                                    John T. Morin (JM-0390)
                                    Jennifer L. Marlborough (JM-4303)
                                    Wormser, Kiely, Galef & Jacobs LLP
                                    825 Third Avenue
                                    New York, NY 10022
                                    (212) 687-4900

                                    Bruce S. Meyer (BM-3506)
                                    Ryan P. Poscablo (RP-8496)
                                    Weil, Gotshal & Manges LLP
                                    767 Fifth Avenue
                                    New York, NY  10153-0119
                                    Telephone: (212) 310-8000
                                    *Attorneys for Defendants*