UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IGY OCEAN BAY PROPERTIES LIMITED and :
ISLAND GLOBAL YACHTING LTD. :
 :
                Plaintiffs :
 :
       -against- :
 : 07-CV-10520 (VM)
OCEAN BAY PROPERTIES I LIMITED, :
OCEAN BAY PROPERTIES II LIMITED, :
BRITISH COLONIAL DEVELOPMENT COMPANY : **NOTICE OF MOTION**
LIMITED, PRK HOLDINGS LTD., ADURION : **TO DISMISS**
CAPITAL LIMITED and GEORGE ALLEN, :
 : **ORAL ARGUMENT**
                Defendants : **REQUESTED**
------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, dated December 21, 2007, Defendants Ocean Bay Properties I Limited, Ocean Bay Properties II Limited, and British Colonial Development Company, (collectively, "Defendants"), will move this Court, before the Honorable Victor Marrero, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be decided by the Court for an Order dismissing the claims in the complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York                 Respectfully submitted,
December 21, 2007

                                              /s/ Bruce S. Meyer
                                            Bruce S. Meyer (BM-3506)
                                            Ryan P. Poscablo (RP-8496)
                                            Weil, Gotshal & Manges LLP
                                            767 Fifth Avenue
                                            New York, NY  10153-0119
                                            Telephone: (212) 310-8000

                                            John T. Morin (JM-0390)
                                            Jennifer L. Marlborough (JM-4303)
                                            Wormser, Kiely, Galef & Jacobs LLP
                                            825 Third Avenue
                                            New York, NY 10022
                                            (212) 687-4900

                                            *Attorneys for Defendants*