UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| IGY OCEAN BAY PROPERTIES LIMITED and ISLAND GLOBAL YACHTING LTD. | : |
| Plaintiffs | : |
| -against- | : |
| | : 07-CV-10520 (VM) |
| OCEAN BAY PROPERTIES I LIMITED, OCEAN BAY PROPERTIES II LIMITED, BRITISH COLONIAL DEVELOPMENT COMPANY LIMITED, PRK HOLDINGS LTD., ADURION CAPITAL LIMITED and GEORGE ALLEN, | : **NOTICE OF MOTION TO DISMISS** |
| | : **ORAL ARGUMENT REQUESTED** |
| Defendants | : |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law dated December 21, 2007, defendants PRK Holdings Ltd., Adurion Capital Limited. and George Allen, (collectively, "Defendants"), will move this Court, before the Honorable Victor Marrero, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be decided by the Court, for an Order dismissing the claims in the complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  This motion is being submitted in the alternative to Defendants' motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      December 21, 2007

Respectfully submitted,

/s/  Bruce S. Meyer
Bruce S. Meyer (BM-3506)
Ryan P. Poscablo (RP-8496)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000

2

John T. Morin (JM-0390)
Jennifer L. Marlborough (JM-4303)
Wormser, Kiely, Galef & Jacobs LLP
825 Third Avenue
New York, NY 10022
(212) 687-4900

*Attorneys for Defendants*