UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IGY OCEAN BAY PROPERTIES LIMITED and     :
ISLAND GLOBAL YACHTING LTD.              :
                                         :
                    Plaintiffs           :
                                         :
        -against-                        :
                                         :   07-CV-10520 (VM)
OCEAN BAY PROPERTIES I LIMITED,          :
OCEAN BAY PROPERTIES II LIMITED,         :
BRITISH COLONIAL DEVELOPMENT COMPANY     :
LIMITED, PRK HOLDINGS LTD., ADURION      :
CAPITAL LIMITED and GEORGE ALLEN,        :
                                         :
                    Defendants           :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of PRK Holdings Ltd., Adurion Capital Limited., and George Allen's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2), the Memorandum of Law in Support of Motion and the accompanying Declarations of Jürg Gassmann, Eugene Fraser and George Allen have been furnished by electronic mail on December 21, 2007 and will be furnished by Federal Express on December 22, 2007 to:

    Simon Miller
    Greenberg Traurig, LLP
    200 Park Avenue
    New York, New York 10166

counsel for Plaintiffs.

Dated:  New York, New York
        December 21, 2007

                                                  /s/ Ryan P. Poscablo
                                                  RYAN P. POSCABLO
                                                  Weil Gotshal & Manges LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10053
                                                  212-310-8000

                                                  Attorney for Defendants