UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IGY OCEAN BAY PROPERTIES LIMITED and
ISLAND GLOBAL YACHTING LTD.

          Plaintiffs

    -against-

                07-CV-10520 (VM)

OCEAN BAY PROPERTIES I LIMITED,
OCEAN BAY PROPERTIES II LIMITED,
BRITISH COLONIAL DEVELOPMENT COMPANY
LIMITED, PRK HOLDINGS LTD., ADURION
CAPITAL LIMITED and GEORGE ALLEN,

         Defendants
------------------------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that true and correct copies of the following (i) PRK Holdings Ltd., Adurion Capital Limited, and George Allen's Notice of Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2), Memorandum of Law in Support of Motion, and the Declarations of Jürg Gassmann, Eugene Fraser and George Allen; (ii) PRK Holdings Ltd., Adurion Capital Limited, and George Allen's Notice Motion to Dismiss, filed in the alternative, pursuant to Fed. R. Civ. P. 12(b)(6) and Memorandum of Law in Support of Motion; and (iii) British Colonial Development Company, Ocean Bay Properties I Limited, and Ocean Bay Properties II Limited's Notice of Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and Memorandum of Law in Support of Motion were furnished by electronic mail and served by Federal Express on December 22, 2007 to:

  Simon Miller
  Greenberg Traurig, LLP
  200 Park Avenue
  New York, New York 10166

counsel for Plaintiffs.

Dated: New York, New York
December 24, 2007

_Ryan P. Poscablo_
Ryan P. Poscablo
WEIL GOTSHAL & MANGES
767 Fifth Avenue
New York, New York 10053
212-310-8000