MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IGY OCEAN BAY PROPERTIES
LIMITED and ISLAND GLOBAL
YACHTING LTD.

      Plaintiffs,

v.

OCEAN BAY PROPERTIES I LIMITED,
OCEAN BAY PROPERTIES II LIMITED,
BRITISH COLONIAL DEVELOPMENT
COMPANY LIMITED, PRK HOLDINGS
LTD., ADURION CAPITAL LIMITED and
GEORGE ALLEN,

      Defendants.

07-CV-10520 (VM)

**STIPULATION**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-08
```

---

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, as follows:

      1.    Plaintiffs IGY Ocean Bay Properties Limited and Island Global Yachting Ltd.'s opposition to the Motion to Dismiss filed by Defendants Ocean Bay Properties I Limited, Ocean Bay Properties II Limited, and British Colonial Development Company, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Motion to Dismiss filed by Defendants PRK Holdings Ltd., Adurion Capital Limited, and George Allen, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and the Motion to Dismiss filed, in the alternative, by Defendants PRK Holdings Ltd., Adurion Capital Limited, and George Allen, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motions") will be filed by January 31, 2008.

      2.    Defendants shall have until February 25, 2008 to serve their reply memoranda.

1

3. Facsimile signatures will be deemed originals for the purposes of this stipulation.

Dated: New York, New York
January 7, 2008

GREENBERG TRAURIG LLP

By: _____
Simon Miller (SM-6728)
Sophia Tsokos (ST-0822)

200 Park Avenue, 29th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Plaintiffs*

WEIL, GOTSHAL & MANGES LLP

By: _____
Bruce S. Meyer (BM-3506)
Ryan P. Poscablo (RP-8496)

767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000
*Attorneys for Defendants*

WORMSER, KIELY, GALEF & JACOBS LLP

By: _____
John T. Morin (JM-0390)
Jennifer L. Marlborough (JM-4303)

825 Third Avenue
New York, New York 10022
(212) 687-4900
*Attorneys for Defendants*

Dated: January 8, 2008

SO ORDERED:

_____
Honorable Victor Marrero
United States District Judge, SDNY

2