UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IGY OCEAN BAY PROPERTIES LIMITED and
ISLAND GLOBAL YACHTING LTD.,           :

                Plaintiffs,           :
                                                                   Case No. 07-CV-10520
       - against -           :

OCEAN BAY PROPERTIES I LIMITED, OCEAN BAY
PROPERTIES II LIMITED, BRITISH COLONIAL       :
DEVELOPMENT LIMITED, PRK HOLDINGS LTD.,
ADURION CAPITAL LIMITED and GEORGE ALLEN,     :

                Defendants.           :
------------------------------------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Plaintiffs IGY Ocean Bay Properties Limited and Island Global Yachting Ltd. state that they are not publicly traded corporations, that Plaintiffs have no publicly-traded parent, and no publicly held corporation owns 10% or more of Plaintiffs' stock.

Dated: New York, New York
       January 11, 2008

                                          Respectfully submitted,
                                          GREENBERG TRAURIG, LLP

                                          By: _____
                                          Simon Miller
                                              millers@gtlaw.com
                                          Sophia Tsokos
                                              tsokoss@gtlaw.com
                                          200 Park Avenue
                                          New York, New York 10166
                                          t. (212) 801-9200
                                          f. (212) 801-6400
                                          *Attorneys for Plaintiffs*