UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

IGY OCEAN BAY PROPERTIES LIMITED and
ISLAND GLOBAL YACHTING LTD.,                    :

                          Plaintiffs,      :   **NOTICE OF APPEARANCE**

            - against -             :   Case No. 07-CV-10520

OCEAN BAY PROPERTIES I LIMITED, OCEAN BAY  .
PROPERTIES II LIMITED, BRITISH COLONIAL
DEVELOPMENT LIMITED, PRK HOLDINGS LTD.,   .
ADURION CAPITAL LIMITED and GEORGE ALLEN, '

                Defendants.     :

-------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Greenberg Traurig, LLP in this case as counsel for

Plaintiffs IGY Ocean Bay Properties Limited and Island Global Yachting Ltd.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
       January 11, 2008

                                      Respectfully submitted,

                                      GREENBERG TRAURIG, LLP

                                    By:_____

                                     Simon Miller
                                          millers@gtlaw.com
                                    Sophia Tsokos
                                          tsokoss@gtlaw.com
                                    200 Park Avenue
                                    New York, New York  10166
                                    t. (212) 801-9200
                                    f. (212) 801-6400

                                    *Attorneys for Plaintiffs*