UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IGY OCEAN BAY PROPERTIES
LIMITED and ISLAND GLOBAL
YACHTING LTD.

      Plaintiffs,

  v.

OCEAN BAY PROPERTIES I LIMITED,
OCEAN BAY PROPERTIES II LIMITED,
BRITISH COLONIAL DEVELOPMENT
COMPANY LIMITED, PRK HOLDINGS
LTD., ADURION CAPITAL LIMITED and
GEORGE ALLEN,

      Defendants.

---

07-CV-10520 (VM)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

 

PLEASE TAKE NOTICE, that upon the accompanying Affirmation of Simon Miller, dated January 28, 2008 and the Memorandum of Law dated January 28, 2008, Plaintiffs IGY Ocean Bay Properties Limited and Island Global Yachting Ltd. (collectively, "Plaintiffs"), will move this Court, before the Honorable Victor Marrero, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be decided by the Court, for an Order remanding the above-styled action to the Supreme Court of the State of New York, County of New York pursuant to 28 U.S.C. § 1447(c).

Dated: New York, New York
       January 28, 2008

GREENBERG TRAURIG, LLP

By: _____
Simon Miller (SM-6728)
200 Park Avenue
New York, New York 10166
(212) 801-9200

*Attorneys for Plaintiffs*

---

Request GRANTED. A status conference herein is scheduled for 2-8-08 at 11:15 a.m. to address the matter described above by plaintiffs.

SO ORDERED.

1-31-08
DATE     VICTOR MARRERO, U.S.D.J.

1